James O. **RICHARDSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 70216.**

Missouri Court of Appeals, Western District.

Dec. 29, 2009.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 2, 2010.

Application for Transfer Denied March 23, 2010.

Kent Denzel, for Appellant.

Jayne T. Woods, for Respondent.

Before Division Two: JOSEPH M. ELLIS, Presiding Judge, VICTOR C. HOWARD, Judge, and JAMES E. WELSH, Judge.

## ORDER

PER CURIAM:

James Richardson appeals the denial of his Rule 29.15 motion after an evidentiary hearing. On appeal, Richardson claims that the circuit court clearly erred in denying his motion because he received ineffective assistance of counsel at trial. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).